FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
PITNEY BOWES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WINSLOW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:19-CV-00516-KJM-CKD<br><br>**JOINT STIPULATION AND ORDER TO PROCEED WITH ARBITRATION** |

**STIPULATION**

Plaintiff JOHN WINSLOW ("Plaintiff") and Defendant PITNEY BOWES, INC. ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his verified Complaint in the instant action in the California Superior Court in and for the County of Sacramento on January 23, 2019;

WHEREAS, Defendant filed a verified Answer and removed this action to federal court on March 22, 2019;

WHEREAS, during his employment the Parties executed an Arbitration Agreement, a copy of which is attached to this Stipulation as **Exhibit A**;

WHEREAS, the terms of the Arbitration Agreement appear to apply to the claims asserted by Plaintiff against Defendant;

WHEREAS, in lieu of litigating the Arbitration Agreement, the Parties have agreed to submit the matter to arbitration, per the terms of the Arbitration Agreement, after a mutually-agreed mediation, to be conducted before September 2019;

WHEREAS, Plaintiff has agreed to stay the above-captioned action pursuant to 9 U.S.C. section 3, and to submit his claims to final and binding arbitration;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That any claims in the above-captioned matter shall be submitted to arbitration pursuant to the terms of the Arbitration Agreement;
2. The Parties will engage in pre-arbitration mediation by no later than September 2019;
3. This stipulation shall not be construed as a waiver by the Parties to any claims, defenses, or legal arguments they may have in this matter;
4. That Plaintiff's claims against Defendant in the above-captioned action be stayed pursuant to 9 U.S.C. section 3; and
5. That this Stipulation and Order once entered by the Court shall constitute a final determination by the Court that the Parties are required to arbitrate this matter

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIPULATION AND ORDER TO PROCEED WITH ARBITRATION    2.    CASE NO. 2:19-CV-00516-KJM-CKD

pursuant to the Federal Arbitration Act.

IT IS SO STIPULATED.

Dated: April 23, 2019

By: */s/ Robert L. Boucher* (as authorized on 04/23/19)
Lawrance Bohm, BOHM LAW GROUP, INC.
Robert L. Boucher, BOUCHER LAW
Attorneys for Plaintiff
JOHN WINSLOW

Dated: April 23, 2019

By: */s/ Britney N. Torres*
FERMIN H. LLAGUNO
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PITNEY BOWES, INC.

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIPULATION AND ORDER TO PROCEED WITH ARBITRATION    3.    CASE NO. 2:19-CV-00516-KJM-CKD

# ORDER

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1. That Plaintiff's claims against Defendant in the above-captioned action shall be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement; and

2. That the above-captioned action is stayed pursuant to 9 U.S.C. section 3.

**IT IS SO ORDERED.**

DATED: April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

JOINT STIPULATION AND ORDER TO PROCEED WITH ARBITRATION    4.    CASE NO. 2:19-CV-00516-KJM-CKD